**MACDONALD**

v.

**MACDONALD**

20170789

Supreme Court of Utah.

12-12-2017

20150785, 402 P.3d 178

Petition for Writ of Certiorari Granted.

**AIONO**

v.

**DEPARTMENT OF CORRECTIONS**

20170795

Supreme Court of Utah.

12-12-2017

20160030, 405 P.3d 721

Petition for Writ of Certiorari Denied.

**AURORA SPA & BOUTIQUE**

v.

**DEPT. OF LABOR**

20170742

Supreme Court of Utah.

11-14-2017

20160341, 402 P.3d 813

Petition for Writ of Certiorari Denied.

**MOUNTAIN VIEW COLONIAL APTS.**

v.

**ISAIS**

20170685

Supreme Court of Utah.

11-06-2017

20160184, 400 P.3d 1166

Petition for Writ of Certiorari Denied.